Nikhil S. SHARMA, Petitioner,

v.

STATE of Florida, Respondent.

Case No. 5D16–3832

District Court of Appeal of Florida,
Fifth District.

Opinion filed December 22, 2016

Nikhil S. Sharma, Crawfordville, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Kaylee Tatman Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the October 23, 2015 judgment and sentence in Case No. 2014–CF–001212 in the Circuit Court in and for Citrus County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

TORPY, COHEN, LAMBERT, JJ., concur.